# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES | : |
| | :    3:13-CR-230 |
| v. | : |
| | :    (JUDGE MANNION) |
| RICHARD MURPHY, | : |
| Defendant | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

Defendant Murphy's second Motion for Compassionate Release and request to reduce sentence, under 18 U.S.C. §3582(c)(1)(A), due to the COVID-19 pandemic and his alleged medical conditions, **(Doc. 124)**, is **DISMISSED AS MOOT** for lack of jurisdiction due to his release from prison on May 10, 2021 by the BOP after he served his 24-months' prison sentence.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: May 17, 2021
13-230-02-ORDER